# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32817 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Ryan J. RICHINS** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 15 December 2025, Appellant submitted a "Motion to Withdraw from Appellate Review and Attach," specifically, a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, and the entry of judgment (EoJ) from Appellant's court-martial. The DD Form 2330 was signed by Appellant's counsel on 15 December 2025, but was not signed by Appellant.

On 18 December 2025, Appellant's counsel moved this court to amend its Motion to Withdraw from Appellate Review and Attach, accompanied by the 15 December 2025 Motion to Withdraw from Appellate Review and Attach, the EoJ, and a corrected DD Form 2330 signed by both Appellant and Appellant's counsel.*

The Government did not submit any opposition to the original Motion to Withdraw from Appellate Review and Attach, the Motion to Amend Pleading, or the corrected Motion to Withdraw from Appellate Review and Attach.

Accordingly, it is by the court on this 31st day of December, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach, filed on 15 December 2025, is **MOOT.**

Appellant's Motion to Amend Pleading is **GRANTED.**

Appellant's Motion to Withdraw from Appellate Review and Attach, filed on 18 December 2025, is **GRANTED**. Appellant's case is forwarded to the

---

* The Motion to Withdraw from Appellate Review and Attach submitted on 18 December 2025 remains dated 15 December 2025. The dates of Appellant's and counsel's signatures on the accompanying DD Form 2330 are also 15 December 2025.

Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).



FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Chief Commissioner